UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RYAN SCOTT ADAMS,

                Plaintiff,

   v.

JAY INSLEE, *et al.*,

                Defendants.

CASE NO. 3:24-cv-05417-TMC-GJL

ORDER TO SHOW CAUSE

The District Court has referred this *pro se* prisoner action filed pursuant to 42 U.S.C. § 1983 to United States Magistrate Judge Grady J. Leupold. Plaintiff Ryan Scott Adams, proceeding *pro se*, commenced this action on May 30, 2024. Dkt. 1. Upon receipt of Plaintiff's Proposed Complaint, the Clerk of Court notified Plaintiff that his filings were deficient because he had not paid the $405.00 filing fee or applied to proceed *In Forma Pauperis* ("IFP"). Dkt. 2. With this Deficiency Notice, the Clerk of Court included a copy of an application to proceed IFP and informed Plaintiff that he had until July 1, 2024, to correct his filing deficiency and proceed in this action. *Id.*

ORDER TO SHOW CAUSE - 1

The deadline for Plaintiff to pay the filing fee or apply to proceed IFP has now elapsed with nothing filed by him. Accordingly, Plaintiff is now **ORDERED** to **SHOW CAUSE** why his case should not be **DISMISSED** for failure to prosecute. If Plaintiff fails to respond to the Court's Order on or before **July 17, 2024**, the Court will recommend dismissal of this action without prejudice for failure to prosecute and for failure to comply with a Court Order.

Dated this 3rd day of July, 2024.

Grady J. Leupold
United States Magistrate Judge

- 2