UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RYAN SCOTT ADAMS,

          Plaintiff,

v.

JAY INSLEE; ROBERT FERGUSON;

JENNIFER RHEAUME,

          Defendant.

Case No. 3:24-cv-05417

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

    a. Mr. Adams filed timely objections to the Report and Recommendation. Dkt. 8. Based on these objections, the Court has conducted de novo review of the Report and Recommendation. Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Mr. Adams's objections restate the reasons he filed this lawsuit, but they do not address or rebut the reasons the Magistrate Judge has provided for recommending

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

dismissal. For the reasons explained in the Report and Recommendation, the Court agrees that the Defendants are immune from suit under 42 U.S.C. § 1983, Mr. Adams does not state an equal protection or due process claim arising from the state clemency process, and these defects could not be cured by the allegation of other facts.

(2) The Complaint is frivolous and lacks any colorable claim. This action is therefore DISMISSED with prejudice. Dismissal on these grounds constitutes a "strike" under 28 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

Dated this 16th day of August, 2024.

Tiffany M. Cartwright
United States District Judge