UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN SCOTT ADAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>JAY INSLEE; ROBERT FERGUSON;<br><br>JENNIFER RHEAUME,<br><br>        Defendant. | Case No. 3:24-cv-05417<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

    Before the Court are Plaintiff Ryan Scott Adams's objections to the Court's order adopting the Magistrate Judge's report and recommendation and dismissing Mr. Adams's case. Dkt. 13; *see* Dkt. 11. The Court has construed Mr. Adams's objections as a motion for reconsideration.

    Motions for reconsideration are disfavored and will ordinarily be denied unless they show "manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." W.D. Wash. Local Civil Rule 7(h). Mr. Adams explains in his motion why he believes that his criminal defense lawyer's selection as a judge by Governor Jay Inslee during the pendency of his criminal case impacted his right to a fair trial. *See* Dkt. 13 at 1–2. The Court understands the basis for

ORDER DENYING MOTION FOR RECONSIDERATION - 1

Mr. Adams's allegations, which may be better directed at post-conviction motions in his underlying criminal case or claims against his prior attorney. But Mr. Adams has not shown manifest error in the Court's prior ruling, or any reason that the legal analysis contained in the report and recommendation, which the Court adopted, was in error. The Court therefore DENIES the motion for reconsideration.

      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

      Dated this 30th day of August, 2024.

Tiffany M. Cartwright
United States District Judge